JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AHAIWE<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COLLETTE PETERS, et al,<br><br>　　　　RespondentS. | No. 5:24-cv-02576-JGB-BFM<br>No. 2:24-cv-11238-JGB-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: September 5, 2025　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE